IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FIRST LIBERTY INSURANCE CORPORATION | : | CIVIL ACTION |
| v. | : | |
| ZURICH AMERICAN INSURANCE COMPANY | : | NO. 12-1127 |
| v. | : | |
| PARK AMERICA, INC. | : | |

## ORDER

**AND NOW**, this 20th day of February, 2013, upon consideration of First Liberty Insurance Corporation's Motion for Summary Judgment (Document No. 22), the defendant's response, and the plaintiff's reply, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that no later than **February 28, 2013**, Zurich American Insurance Company and First Liberty Insurance Corporation shall file a proposed judgment order reflecting Zurich American Insurance Company's one-half share of the settlement payment and defense expenses and costs in the matter of William and Tina Bregman v. Park America, Inc., et al in the Philadelphia Court of Common Pleas, September Term, 2009, No. 3289.

/s/Timothy J. Savage
TIMOTHY J. SAVAGE, J.