# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FIRST LIBERTY INSURANCE CORPORATION | : | CIVIL ACTION |
| v. | : | |
| ZURICH AMERICAN INSURANCE COMPANY | : | NO. 12-1127 |
| v. | : | |
| PARK AMERICA, INC. | : | |

## ORDER

**AND NOW**, this 20th day of February, 2013, upon consideration of the Motion for Summary Judgment of Defendant Zurich American Insurance Company, Inc. (Document No. 23), the plaintiff's response, and the defendant Zurich American Insurance Company's reply, it is **ORDERED** that the motion is **DENIED**.

       /s/Timothy J. Savage
       TIMOTHY J. SAVAGE,  J.