# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| FIRST LIBERTY INSURANCE CORPORATION | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| ZURICH AMERICAN INSURANCE COMPANY | : | NO. 12-1127 |
| v. | : | |
| PARK AMERICA, INC. | : | |

## ORDER

**AND NOW**, this 20th day of February, 2013, upon consideration of the Park America, Inc.'s Motion for Summary Judgment (Document No. 24) and the defendant Zurich American Insurance Company's response, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the third party complaint filed by Zurich American Insurance Company against Park America, Inc. is **DISMISSED**.

/s/Timothy J. Savage
TIMOTHY J. SAVAGE, J.